445 A.2d 226

Commonwealth v. Topa, Appellant.

Submitted October 6, 1981.   John J. Cerra, for appellant;   Ernest D. Preate, District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order affirmed.

445 A.2d 226

Commonwealth v. Trerotola, Appellant.

Submitted October 6, 1981.   Elaine DeMasse, Assistant Public Defender, for appellant;  Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.